CARL F. ARNOLD, Respondent, v. CITY OF NEW YORK, Appellant.—

No opinion. Concur — Cohn, J. P., Bastow, Botein, Rabin and Cox, JJ.

In the Matter of the Probate of the Will of HENRY D. MERCER, Deceased. WILLIAM MERCER et al., Appellants; PAUL W. HAVENER, Respondent.—

No opinion. Concur — Cohn, J. P., Bastow, Botein, Rabin and Cox, JJ. [207 Misc. 346.]